SCWC-15-0000420

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

IN THE MATTER OF
UNITED PUBLIC WORKERS, AFSCME, LOCAL 646, AFL-CIO,
Petitioner/Complainant-Appellant-Appellant,

v.

TIMOTHY A. HOUGHTON, DEPUTY DIRECTOR, DEPARTMENT OF
ENVIRONMENTAL SERVICES, CITY AND COUNTY OF HONOLULU; LORI M.K.
KAHIKINA, DIRECTOR, DEPARTMENT OF ENVIRONMENTAL SERVICES, CITY
AND COUNTY OF HONOLULU; CAROLEE C. KUBO, DIRECTOR, DEPARTMENT OF
HUMAN RESOURCES, CITY AND COUNTY OF HONOLULU; AND KIRK CALDWELL,
MAYOR, CITY AND COUNTY OF HONOLULU,
Respondents/Respondents-Appellees-Appellees,

and

HAWAII LABOR RELATIONS BOARD, JAMES B. NICHOLSON, CHAIRPERSON;
ROCK B. LEY, BOARD MEMBER; AND
SESNITA A.D. MOEPONO, BOARD MEMBER,
Respondents/Agency-Appellees-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000420; CIVIL NOS. 03-1-0546-03, 03-1-0552-03)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Pollack, and Wilson, JJ., and
Circuit Judge Crabtree, in place of McKenna, J., recused)

Petitioner/Complainant-Appellant-Appellant United Public Workers, AFSCME, Local 646, AFL-CIO's Application for Writ of Certiorari, filed January 3, 2017, is hereby rejected.

DATED: Honolulu, Hawaiʻi, February 14, 2017.

/s/ Mark E. Recktenwald
/s/ Paula A. Nakayama
/s/ Richard W. Pollack
/s/ Michael D. Wilson
/s/ Jeffrey P. Crabtree